# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 12-00270

VERSUS                                      JUDGE ROBERT G. JAMES

LINDA MCWILLIAMS HARDY                       MAG. JUDGE KAREN L. HAYES


### ORDER

Pending before the Court is a letter motion for early termination of supervised release filed by Defendant Linda McWilliams Hardy ("Hardy")[Doc. No. 3].

On November 6, 2009, Hardy was sentenced by Judge Henry T. Wingate in the United States District Court for the Southern District of Mississippi to serve thirty-months' imprisonment and three years of supervised release for her conviction on concealment of assets in violation of 18 U.S.C. § 152(1).  In September, 2012, Hardy's case was transferred to this district for supervision.

During her term of supervision, Hardy appears to have been compliant, and the Court is pleased with her progress.  However, as part of the Judgment in this case, Hardy was ordered to pay restitution in the amount of $50,000.00, and very little of that amount has been paid.  Given the large amount of outstanding restitution owed, the Court finds that it is not in the best interest of society to terminate supervised release at this time.  If Hardy makes appropriate arrangements with the United States Attorney's Office for payment of restitution, the Court will consider another motion for early termination.

IT IS ORDERED that Hardy's letter motion for early termination of supervised release [Doc. No. 3] is DENIED.

MONROE, LOUISIANA, this 25th day of August, 2014.


**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**